# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400 Fax 585-325-3119
SERVICE BY FACSIMILE NOT ACCEPTED

November 14, 2018

Honorable Paul R. Warren
United States Bankruptcy Judge
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

RE: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Ventures Trust 2013-II v. Fiordeliso
Case No. 18-20833

Honorable Warren:

This letter is written in response to the Notice of Motion to Avoid Judgment Liens filed by the debtors, Anthony D. and Cathy A. Fiordelsio, through counsel, William C. Rieth, Esq. Debtor's motion claims that the purchase money mortgage given to debtors by M&T Mortgage Corporation in January 2000 was discharged. The mortgage discharge was recorded in the Monroe County Clerk's Office on August 19, 2014 in Liber 3653 of discharges, page 5.

Based on review by Secured Creditor the discharge referenced above was recorded in error. Secured Creditor is examining its options relative to the automatic stay and an application to rescind the discharge of mortgage.

Very truly yours,

Mark K. Broyles