# FEIN, SUCH & CRANE, LLP
## Attorneys At Law
Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400 Fax 585-325-3119
SERVICE BY FACSIMILE NOT ACCEPTED

June 14, 2019

Honorable Paul R. Warren
United States Bankruptcy Judge
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

RE: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Ventures Trust 2013-II v. Fiordeliso
Case No. 18-20833

Honorable Warren:

  This letter is to withdraw the Motion for Relief from stay filed on December  7, 2018 at ECF No. 57.  The Motion is no longer needed.
  Thank you in advance.

Very truly yours,

Reagan Weinhart
Bankruptcy Supervisor